AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:25-CR-00601 (LJL) |
| | ) |
| John Valentin | ) |
| | ) |

**FILED**

APR − 6 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

4:26 mj 22

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay John Valentin, who is accused of an offense or violation based on the following document filed with the court:

 X  Supervised Release Violation Petition

This offense is briefly described as follows: New Criminal Conduct to wit, Possession with Intent to Distribute Cocaine, a Scheduled II Narcotic Controlled Substance.

Date:    4/2/2026

_____
*Issuing officer's signature*

City and state:  NY, NY

Honorable Lewis J. Liman U.S. District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/2/26 , and the person was arrested on *(date)* 4/6/26 at *(city and state)* Newport News, VA .

Date: 4/6/26

_____
*Arresting officer's signature*

City and state: Newport News VA.

DVSM Jeffrey Ingram
*Printed name and title*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

**Petition for Emergency Warrant**
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: John Valentin                    Docket Number: 1:25-CR-00601 (LJL)

Sentencing Judge: Honorable James C. Dever lll, Chief U.S. District Judge, Eastern District of North Carolina

**Judicial Reassignment Officer:** Honorable Lewis J. Liman, U.S. District Judge

Date of Original Sentence: May 07, 2012

Original Offense: **Count 1:** Possession with Intent to Distribute 5 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841 (a)(1), a Class B Felony.  **Count 2:** Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. § 924 (c), a Class A Felony.

Original Sentence: Seventy-Two (72) Months' Custody on Count 1 and Sixty (60) Months' on Count 2, and shall run consecutively for a total term of One Hundred Thirty-Two (132) Months' Custody; to be followed by Five (5) Years' Supervised Release.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 19, 2023

### PETITIONING THE COURT TO ISSUE AN EMERGENCY WARRANT

**We are submitting this petition for an expedited warrant, so that a detainer could be filed in a timely manner, as the nature of the new criminal conduct involves a new federal narcotics offense.  John Valentin (Mr. Valentin) is currently on supervised release following a federal conviction for Possession with Intent to Distribute 5 Grams or More of Cocaine Base (Crack), and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime.  Mr. Valentin's new criminal conduct poses a significant concern for community safety.  A detailed violation report will be forthcoming.**

The supervisee has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1.  **ON OR ABOUT MARCH 28, 2026, IN THE EASTERN DISTRICT OF VIRGINIA, THE SUPERVISEE COMMITTED A FEDERAL CRIME, POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, A SCHEDULE II NARCOTIC CONTROLLED SUBSTANCE, IN VIOLATION OF 21 U.S.C. § 841 (A)(1), A CLASS B FELONY, IN THAT HE KNOWINGLY AND INTENTIONALLY MANUFACTURED, DISTRIBUTED, OR DISPOSED, OR POSSESSED WITH INTENT TO MANUFACTURE, DISTRIBUTE, OR DISPENSE A CONTROLLED SUBSTANCE,  SPECIFICALLY, 5.2 KILOGRAMS OF COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE A VIOLATION.**

According to the Criminal Complaint, on or about March 28, 2026, in Exmore, Virginia, Accomack County Investigator Steele and Investigator Taylor observed Mr. Valentin driving a 2011 Dodge SUV with Georgia license plates.  Investigator Taylor conducted a motor vehicle stop after observing Mr. Valentin failure to maintain his lane.  During the traffic stop, Mr. Valentin informed investigators that he was traveling to Hampton, Virginia. After initiating the motor vehicle stop, Investigator Steele utilized his narcotics K-9 to conduct a nonintrusive free air sniff of the exterior of the motor vehicle.  The narcotics K-9 indicated a positive alert for the presence and/or odor of narcotics coming from inside the vehicle.  During a subsequent search of the vehicle, investigators noticed

Valentin, John
Docket No. 1:25-CR-00601 (LJL)                    2                    63034 - KR

items concealed underneath the back bench seat. Investigators located a hidden compartment underneath the seat which contained three rectangular objects wrapped in white tape, one rectangular object contained in a black vacuum sealed bag, and one round object wrapped in plastic. Investigators opened the rectangular object contained in the black vacuum sealed bag and conducted a field test which returned positive for cocaine. The total weight for all packages of cocaine weighed approximately 5.2 Kilograms (5,200 grams).

On March 30, 2026, Mr. Valentin appeared before the Honorable Lawrence R. Leonard, U.S. Magistrate Judge, in the Eastern District of Virginia (EDVA), where he was arraigned and remanded to federal custody.

This matter is currently pending in the EDVA under Docket No. 4:26-MJ-20. This matter is scheduled for a bail hearing on April 06, 2026.

2. **ON OR ABOUT MARCH 28, 2026, THE SUPERVISEE LEFT THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER TO WIT, HE TRAVELED TO EXMORE, VIRGINIA. CONDITION 1, GRADE C VIOLATION.**

On the above date, Mr. Valentin traveled outside of the judicial district to Exmore, Virgina, without the permission of the Court or the Probation Office.

3. **ON OR BEFORE AUGUST 14, 2025, THE SUPERVISEE USED A CONTROLLED SUBSTANCE TO WIT, COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE C VIOLATION.**

On the above-mentioned date, Alere toxicology report confirmed that Mr. Valentin tested positive for cocaine.

U.S. Probation Officer Recommendation:

The term of supervision should be:

[X ] Revoked

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Joshua Sparks
Chief U.S. Probation Officer

*Karen Rosero*

Karen Rosero
U.S. Probation Officer

Approved By:

*Daveena Tumasar*

Daveena Tumasar
Supervisory U.S. Probation Officer

DATE: April 02, 2026

Valentin, John

3

63034 - KR

Docket No.: 1:25-CR-00601 (LJL)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

AND

[X] Violation Report may be immediately disclosed to the Government and will be provided to defense upon execution of the Warrant

OR

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition(s) or Terms of Supervision

[ ] Other

_____
Honorable Lewis J. Liman
U.S. District Judge
4/2/2026
_____
Date